# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTWONE LONEZO WILSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:20-cv-01191-AMM-GMB |
| STATE OF ALABAMA, *et al.*, | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

On July 6, 2021, the Magistrate Judge entered a report and recommendation, recommending that the petition for writ of habeas corpus filed pursuant to this 28 U.S.C. § 2254 be denied as untimely. Doc. 12. The Magistrate Judge further recommended that a certificate of appealability be denied. Doc. 12 at 19. Although the parties were advised of their right to file specific written objections within fourteen days, the court received no objections.

After careful consideration of the record in this case and the Magistrate Judge's report,[1] the court **ADOPTS** the report of the Magistrate Judge and **ACCEPTS** his recommendation. Accordingly, the petition for writ of habeas corpus

---

[1] There appears to be a scrivener's error on page 14 of the Magistrate Judge's report and recommendation. *See* Doc. 12 at 14 (providing July 15, 2017 as the date of filing of Mr. Wilson's first set of Rule 32 petitions). The Magistrate Judge's recitation of a July 21, 2015 filing on page 5 of his report and recommendation is correct.

is **DENIED** and this action **DISMISSED WITH PREJUDICE**. A certificate of appealability is **DENIED**.

    A Final Judgment will be entered.

    **DONE** and **ORDERED** this 26th day of August, 2021.

    _____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE